UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Henry R. Terry,<br><br>                                  Plaintiff,<br><br>-v-<br><br>Bank of America, N.A., et al.,<br><br>                                  Defendants. | 2:25-cv-2625<br>(NJC) (ST) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

On May 9, 2025, Henry R. Terry ("Terry"), acting pro se, filed a Complaint in this Court together with the filing fee. (Compl., ECF No. 1; Fee Receipt No. 200005265.) That same day, the Clerk of Court issued a Summons. (Summons, ECF No. 2.) Rule 4(m) of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, if Terry does not serve Defendants by **August 7, 2025**, or fails to show good cause why Defendants have not been served, the Complaint will be dismissed without prejudice. **Terry is to provide a copy of this Order to Defendants along with the Summons and the Complaint. Once Terry has served Defendants, Terry must file proof of service with the Court within fourteen (14) days of service.**

The Court encourages Terry to consult with the Hofstra Law Pro Se Clinic, located in the Central Islip Courthouse, which can provide free information, advice, and limited scope legal

assistance to non-incarcerated pro se litigants. The Court notes that the Pro Se Clinic is not part of, nor affiliated with, the United States District Court. Consultations with the Pro Se Clinic can be conducted remotely via telephone. To make an appointment, send an email to PSLAP@Hofstra.edu or leave a message at (631) 297-2575.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of the Court is respectfully directed to mail a copy of this Order to Terry at his address of record and to record such mailing on the docket.

Dated: Central Islip, New York
       June 5, 2025

                                        */s/ Nusrat J. Choudhury*
                                        NUSRAT J. CHOUDHURY
                                        United States District Judge