**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| Henry R. Terry, | Plaintiff, | |
| -v- | | 2:26-cv-2625 (NJC) (ST) |
| Bank of America, N.A., et al., | Defendants. | |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

By Order dated December 23, 2025, the Court addressed ten letter motions and additional replies filed by Henry R. Terry, acting pro se, seeking myriad relief. (*See* Order, ECF No. 66 (ruling on Pl. Mots. ECF Nos. 44, 49, 51, 54, 55, 56, 58, 60, 61, 62, 65.) The Court ordered that:

> Terry shall file any opposition to Defendants' motions to dismiss by January 21, 2026. Terry's opposition shall be no more than forty (40) pages in length and shall address all motions in one brief. Defendants shall serve any reply to their motion to dismiss by February 4, 2026. There shall be no further extensions and no further briefing on the motions to dismiss once Defendants serve their replies.

(*Id*. at 2–3.) Notwithstanding that clear directive, within the span of two months, Terry has filed four more motions in addition to filing the opposition to Defendants' motions to dismiss (ECF No. 73). (*See* ECF Nos. 69, 72, 74, and 80.)[1] Further on February 9, 2026, Terry filed a

---

[1] Two of Terry's motions seek leave to file a second amended complaint. (ECF Nos. 72, 74.) However, by Order dated August 14, 2025, the Court granted Terry leave to file an amended complaint by August 22, 2025 (Elec. Order, Aug. 14, 2025), and, after that deadline expired and Terry did not file an amended complaint, the Court set a briefing schedule for Defendants' anticipated motions to dismiss and declared that the Complaint (ECF No. 1) is the operative pleading. (Elec. Order, Aug. 27, 2025.) After the Defendants filed their motions to dismiss (ECF Nos. 30, 31), Terry sought an extension of time to file an amended complaint. (ECF No. 32.) By Order dated September 21, 2025, the Court granted Terry's motion and permitted him to file an

document entitled "Amended Second Notice of Removal" seeking to again remove to this Court a post-judgment mortgage foreclosure proceeding commenced in 2009 (the "State Case") in the New York State Supreme Court, Suffolk County ("State Court") under Index No. 016603/2009.[2] By Remand Order dated February 19, 2026, this Court remanded the improperly removed complaint for lack of subject matter jurisdiction. *See Bank Of America, N.A. et al v. Terry*, No. 2:26-cv-733 (E.D.N.Y.), Remand Order, ECF No. 7.

As this procedural history makes clear, Terry has abused the judicial process and has occupied a significant amount of time and resources of this Court and of Defendants by filing repetitive motions on issues that have previously been decided. Thus, Terry is now barred from further filing on this docket pending the resolution of Terry's existing motions (ECF Nos. 69, 72, 74, and 80) as well as Defendants' fully-briefed motions to dismiss the amended complaint (ECF Nos. 42, 43) except as set forth below. This temporary injunction is necessary to ease the substantial burden placed on the Court by the continuous stream of repetitive motions Terry has filed. During the pendency of this temporary injunction, no further filings will be accepted without first obtaining leave of the Court. Leave may only be sought in a letter no longer than

---

amended complaint no later than October 8, 2025. (Elec. Order, Sept. 21, 2025.) Terry then sought an extension of the deadline to file an amended complaint (ECF No. 34), and the Court granted that motion giving Terry through October 29, 2025. (*See* Elec. Order, Oct. 3, 2026.) The Court made clear that: "**There will be no further extensions of Plaintiff's deadline to file an amended complaint**." (*Id.*) (emphasis in original). After Terry timely filed an amended complaint (ECF No. 35), which was made after Defendants had already filed their motions to dismiss (ECF Nos. 30, 31), the Court set a briefing schedule for any motions to dismiss the amended complaint. (Elec. Order, Oct. 10, 2025.) Accordingly, Terry's motions seeking leave to file a second amended complaint are dismissed for the reasons to be set forth in a separate order.

[2] *See Bank Of America, N.A. et al v. Terry*, No. 2:26-cv-733 (E.D.N.Y.), Second Not. Removal at 1, ECF No. 1; *see also Bank of America, NA v. Public Administrator of Suffo[l]k County as Administrator of the Estate of Alice G. Zahnd et al*, No. 2:25-cv-2729 (E.D.N.Y.), ECF No. 1-1 at 2–10 (Compl. dated May 18, 2009), 11–13 (Answer dated June 30, 2009).)[2]

100 words that describes the motion Terry intends to file. A second request may not be filed while a prior request is pending.

The Court directs the Clerk of the Court to return to Terry, without filing, any submissions presented for filing in this case other than the letter described above. *See Immerso v. U.S. Dep't of Lab.*, No. 20-4064, 2022 WL 17333083, at *2 (2d Cir. Nov. 30, 2022) ("The court correctly found that [Plaintiffs] acted in bad faith in making numerous frivolous motions and in making egregious and slanderous accusations . . . The filing requirements were an appropriate sanction in this circumstance."); *George v. N.Y. State Division of Parole*, 685 F. App'x 30, 30 (2d Cir. 2017) ("A district court may, in its discretion, impose a filing injunction if confronted with extraordinary circumstances, such as a demonstrated history of frivolous and vexatious litigation." (quotation marks and citation omitted)). The Court considers the briefing for the motions to dismiss closed; the Court will decide the pending motions. Neither side may make any additional filing in this case absent Court order.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith. Therefore, in forma pauperis status is denied for the purpose of any appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court shall also serve a copy of this Order on Terry at his address of record and shall note such mailing on the docket.

Dated: Central Islip, New York
        February 19, 2026


        */s/ Nusrat J. Choudhury*
        NUSRAT J. CHOUDHURY
        United States District Judge

3